UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WINSTON NAJEE REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY BEAN, et al.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00751-JAD-DJA<br><br>**ORDER** |

　　　　Pro se plaintiff Winston Reed brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations he claims to have suffered while incarcerated at High Desert State Prison. (ECF No. 1-1). Plaintiff has applied to proceed *in forma pauperis*. (ECF No. 3). But the application to proceed *in forma pauperis* is incomplete because Plaintiff failed to submit an inmate trust fund account statement for the past six-months with it.

　　　　This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until July 11, 2024**, to either pay the full $405 filing fee or file with the Court a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Winston Reed the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same, and to retain the complaint (ECF No. 1-1) but not file it at this time.

DATED THIS 11th day of June 2024.

_____
UNITED STATES MAGISTRATE JUDGE